# IN THE UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| 1. Mary Lynn Fallow,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>2. Herbalife International, Inc.,<br>3. Herbalife International of America, Inc.,<br>4. Herbalife International Distribution, Inc.,<br>5. Tonni Riley,<br>6. Jay Riley;<br><br>　　　　Defendants. | Case No. CIV 02-1467- PHX-JAT<br>(formerly Maricopa County Superior Court case no. CV-2002-013955)<br><br>**ORDER REGARDING DEADLINES FOR FILING RESPONSES AND REPLIES TO DEFENDANTS' MOTIONS** |

Pursuant to the stipulation of the parties and for good cause shown,

IT IS HEREBY ORDERED that Plaintiff shall have until December 20, 2002 within which to file a response to Herbalife's motion to dismiss and request for judicial notice, Tonni and Jay Rileys' joinder in Herbalife's motion to dismiss, Tonni and Jay Rileys' separate motion to dismiss and Tonni and Jay Rileys' motion seeking attorneys' fees; AND

IT IS FURTHER ORDERED THAT Defendants shall have until January 10, 2003 within which to file their replies to Plaintiff's responses.

* * *

* * *

DONE IN OPEN COURT this 27 day of November, 2002.

_____
The Honorable James A. Teilborg
Judge, United States District Court