```
____ FILED      ✓ LODGED
____ RECEIVED   ____ COPY

     DEC 2 0 2002

   CLERK U S DISTRICT COURT
     DISTRICT OF ARIZONA
   BY____            ____E. DEPUTY
```

```
____ FILED      ____ LODGED
____ RECEIVED   ____ COPY

      JAN 0 3 2003

  CLERK U S DISTRICT COURT
     DISTRICT OF ARIZONA
  BY____            ____ DEPUTY
```

# IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| 1.    Mary Lynn Fallow, <br><br>         Plaintiff, <br><br> vs. <br><br> 2.    Herbalife International, Inc., <br> 3.    Herbalife International of <br>       America, Inc., <br> 4.    Tonni Riley, <br> 5.    Jay Riley; <br><br>         Defendants. | No. CIV 02-1467- PHX-JAT <br><br> **ORDER** |

Pursuant to Plaintiff's motion to exceed page limitation and for good cause shown,

IT IS HEREBY ORDERED that Plaintiff shall be allowed to exceed the page limitations of Local Rule 1.10(e) by three (3) pages.

DONE IN OPEN COURT this 2ND day of ~~December, 2002.~~

JANUARY, 2003

_____
Judge, U.S. District Court