___ FILED   ✓ LODGED
___ RECEIVED ___ COPY

JAN 0 7 2003

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____         E DEPUTY

✓ FILED   ___ LODGED
___ RECEIVED ___ COPY

JAN 0 9 2003

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____         DEPUTY

1
2
3
4
5
6
7   # IN THE UNITED STATES DISTRICT COURT
8   ## FOR THE DISTRICT OF ARIZONA
9
10  Mary Lynn Fallow,

11              Plaintiff,

12      vs.

13  Herbalife International, Inc.; Herbalife
14  International of America, Inc.; Herbalife
    International Distribution, Inc; Tonni Riley;
15  and Jay Riley,

16
17              Defendants.

No. CIV 02-1467-PHX-JAT
(formerly Maricopa County Superior
Court case no. CV-2002-013955)

**ORDER GRANTING
STIPULATION REGARDING
BRIEFING SCHEDULING**

18
19      Pursuant to Stipulation of the Parties and for good cause shown,

20      IT IS HEREBY ORDERED that the Defendants may file consolidated

21  Replies to the Motion to Dismiss and Responses to the Motion to Amend the Complaint.

22  Those briefs shall be filed on or before January 10, 2003, in accordance with the Parties'

23  previous Stipulations and the Court's Order.

24
25      DONE IN OPEN COURT this __8__ day of January, 2003.

26
27      James A. Teilborg
28      Judge, U.S. District Court

389492

