IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| Mary Lynn Fallow,<br><br>        Plaintiff,<br><br>v.<br><br>Herbalife International, Inc., a Nevada corporation; Herbalife International of America, Inc., a California corporation; and Tonni and Jay Riley, husband and wife,<br><br>        Defendants. | No. CIV02-1467 PHX JAT<br><br>**ORDER** |
|---|---|

This matter coming before the Court on stipulation of the parties ~~and good cause appearing~~,

IT IS HEREBY ORDERED that defendants shall have until January 17, 2003 in which to file their consolidated Replies to Motions to Dismiss and Responses to the Motion to Amend the Complaint.

ENTERED this 13 day of January, 2003.

_____
The Honorable James A. Teilborg
United States District Court Judge

1293831.1