IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Mary Lynn Fallow,<br><br>    Plaintiff,<br><br>v.<br><br>Herbalife International, Inc., a Nevada corporation; Herbalife International of America, Inc., a California corporation; and Tonni and Jay Riley, husband and wife,<br><br>    Defendants. | No. CIV02-1467 PHX JAT<br><br>**ORDER** |

This matter coming before the Court on motion by defendants Herbalife International, Inc. and Herbalife International of America, Inc., and good cause appearing,

IT IS HEREBY ORDERED that Herbalife shall be allowed to exceed the eleven page limitation of Local Rule 1.10(e) by up to four pages for its consolidated reply to be filed on January 17, 2003.

ENTERED this 17TH day of January, 2003.

_____
The Honorable James A. Teilborg
United States District Court Judge

1296119.1