IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| 1. Mary Lynn Fallow,<br><br>        Plaintiff,<br><br>vs.<br><br>2. Herbalife International, Inc.,<br>3. Herbalife International of America, Inc.,<br>4. Tonni Riley,<br>5. Jay Riley;<br><br>        Defendants. | No. CIV 02-1467- PHX-JAT<br><br>**ORDER** |

Pursuant to the stipulation of the parties, ~~and for good cause shown,~~

IT IS HEREBY ORDERED that Plaintiff shall have until February 3, 2003 within which to file her reply to Defendants' responses to Plaintiff's motion to amend complaint.

DONE IN OPEN COURT this 31ST day of January, 2003.

_____
The Honorable James A. Teilborg
Judge, U.S. District Court