

FILED ✗   ___ LODGED
RECEIVED ___ COPY

AUG 2 2 2003

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

|  |  |
|---|---|
| Mary Lynn Fallow,<br><br>    Plaintiff,<br><br>vs.<br><br>Herbalife International, Inc.,<br>tet al.,<br><br>    Defendants. | **JUDGMENT IN A CIVIL CASE**<br><br>CV 02-1467 PHX JAT |

____ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the Court has granted the remaining Defendants' Motions to Dismiss, therefore the Plaintiff shall take nothing. This complaint and action are hereby dismissed

August 22, 2003                       RICHARD H. WEARE
Date                                  District Court Executive/Clerk

                                      _____
                                      (By) Deputy Clerk

cc: (all counsel)

