____ FILED   X̶ LODGED
____ RECEIVED ____ COPY

SEP 1 1 2003

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

____ FILED   X̶ LODGED
____ RECEIVED ____ COPY

SEP 0 5 2003

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| 1.    Mary Lynn Fallow, <br><br>          Plaintiff, <br><br> vs. <br><br> 2.    Herbalife International, Inc., <br> 3.    Herbalife International of       America, Inc., <br> 4.    Tonni Riley, <br> 5.    Jay Riley; <br><br>          Defendants. | No. CIV 02-1467- PHX-JAT <br><br> **ORDER** |

Pursuant to parties stipulation and for good cause shown,

IT IS HEREBY ORDERED that defendants Herbalife International, Inc. and Herbalife International of America, Inc. ("Herbalife") shall have until September 15, 2003 within which to file its motion for an award of fees pursuant to the Court's order August 21, 2003.

DONE IN OPEN COURT this 10ᵗʰ day of September, 2003.

Honorable James A. Teilborg
Judge, U.S. District Court

